Lackawanna & Wyoming Valley Railway Company, Appellant, *v.* Pennsylvania Public Utility Commission.

Argued September 13, 1966. *Cody H. Brooks,* with him *Warren, Hill, Henkelman & McMenamin,* for appellant; *Dominic J. Ferraro,* Assistant Counsel, with him *Joseph C. Bruno,* Chief Counsel, for Pennsylvania Public Utility Commission, appellee.

Order affirmed.

LaCross Unemployment Compensation Case.

Argued September 14, 1966. *Joseph V. LaCross,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Edward Friedman,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

ERVIN, P. J., absent.

McIlhinney *v.* Pazulski, Appellant.

Argued September 14, 1966. *Edward Unterberger,* for appellant; *Joseph F. Busacca,* with him *Frank Carano,* and *Carano & Kunken,* for appellee.

Order affirmed.

ERVIN, P. J., absent.